IN THE UNITED STATES DISTRICT COURT FOR
THE Eastern DISTRICT OF TEXAS
_____ DIVISON

FILED USDC TXED
NOV 5 2025 AM 9:55

Willie Munn 6772

Plaintiff's name and ID Number

Bowie County Correction Annex

Place of Confinement

CASE: _____

(clerk will assign number)

V. Jeff Neal
Bowie County Correction

Defendant's name and address

105 West Front Street

Defendant's name and address

Et Al page, N.W.

Defendant's name and address

(Do Not Use "ET AL")

I. PREVIOUS LAWSUITS:

   A. Have you ever filed any other lawsuits in state or federal court relating to your imprisonment:

   ✓ YES  ____ NO

   B. If your answer to "A" is "YES", describe each lawsuit in the space below. (If there is more then one lawsuit, describe additional lawsuits on another piece of paper, giving the same information)

   1. Approximate date of filing lawsuit: Howard County Jail Condition
   2. Parties to previous lawsuit: Butch morris
   Plaintiff(S) Butch morris Sheriff Howard County
   Defendant(S) Willie Munn, P.O. Box 42 Ozan Ark 71855
   3. Court (If federal, name the district: If state, name the county
   Western District of Arkansas Texarkana Ark.
   4. Docket number: _____
   5. Name of judge to whom the case was assigned Beverly Statis
   6. Disposition: (was the case dismissed, appealed, still pending?) Settle
   7. Appropriate date of disposition: 1994

II. PLACE OF PRESENT CONFINEMENT: Bowie County Correction 6772

iii. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the Institution.

IV. PARTIES TO SUITS:

A. Name and address of plaintiff: Willie Munn
P.O. Box 42
Ozan Ark 71855

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1 Warden Page
105 West Front St, Texarkana Texas 75501

Briefly describe the act(S) or omission(S) of this defendant which you claimed harmed you.

Defendant #2 Ass Warden A.W.
105 West Front Street Texarkana Texas 75501

Briefly describe the act(S) or omission(S) of this defendant which you claimed harmed you.

Defendant #3 Major Walker
105 West Front Street Texarkana Texas 75501

Briefly describe the act(S) or omission(S) of this defendant which you claimed harmed you.

Defendant #4 Lpt McKinnie
105 West Front Street Texarkana Texas 75501

Briefly describe the act(S) or omission(S) of this defendant which you claimed harmed you.

Defendant #5 Cpl Jefferson
105 West Front Texarkana Texas 75501

Briefly describe the act(S) or omission(S) of this defendant which you claimed harmed you.

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts in your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if

necessary, but remember the statement must stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

The Record will show That on 10-6-25 I was Arrested And place In BI-state Justice Building Around 10-8-25 I was Transfere To The Annex Building The Old Train Station That was Built In The 18,000 And Now Has mold And Abestoin In The Building That Hartful To my Health. Black mold Building Leek when It Rain heavely, my Chest Start hurting And Could Bread Good, This Condition Cause me pain And

VI. RELIEF: Suffern, They Gave me A Arispin, Ibpron For pain

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or Statutes.

VII. GENERAL BACKGROUND INFORMATION:

A. State in complete form, all names you have ever used or been known by including any and all aliases.

_____

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal Prison or FBI numbers ever assigned to you.

_____

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ____NO

B. List all answer is "yes" give the following information for every other lawsuit in which sanctions were Imposed. (If more than one, use another piece of paper and answer the same questions)

   1. Court that imposed sanction (if federal, give the district and division): _____

   2. Case number: _____

   3. Approximate date sanctions were imposed: _____

   4. Have the sanctions been lifted or otherwise satisfied?                        ____YES ____NO

IV. You must answer the following questions:

   1. State the conviction(s) for which you are presently incarcerated: .

   2. When were you convicted? _____

   3. What is the term of your sentence? _____

   4. When did you start serving this sentence? _____

5. Do you have any other convictions which form the basis of a future sentence? ____ Yes ✓ No

If so, complete the following:

    A. Date of conviction: _____

    B. Term of sentence: _____

6. What is your expected end of sentence (E.O.S.) date?

    If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

| Conviction | Sentence |
|---|---|
| Reversed yes __ no __ | yes __ no __ |
| Expunged yes __ no __ | yes __ no __ |
| Invalidated yes __ no __ | yes __ no __ |
| Writ of habeas corpus granted yes __ no __ | yes __ no __ |

If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: _____

V. State briefly exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes): _Mentary Damages pay me for 1,000,000 Denial of my medication and condition of Jail_

VI. AFFIRMATION. By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

11-1-25

Date

_Willie M____ (Signature of Plaintiff Under Penalty of Perjury)

P.O. Box 42
Ozan Ark 71855

Current Mailing Address

870-983-3020

Phone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER