**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| WILLIE MUNN, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:25-CV-168-RWS-JBB |
| | § | |
| WARDEN PAGE, et. al., | § | |
| | § | |
| Respondent. | § | |

**ORDER**

Plaintiff Willie Munn, proceeding *pro se*, filed the above-styled action complaining of alleged deprivations of his constitutional rights. The case was referred to United States Magistrate Judge J. Boone Baxter in accordance with 28 U.S.C. § 636.

On July 2, 2026, the magistrate judge issued a report and recommendation, recommending that Plaintiff's *in forma pauperis* status be revoked and that the lawsuit be dismissed with prejudice as to the refiling of another *in forma pauperis* lawsuit raising the same claims, but without prejudice to the refiling of this lawsuit without seeking *in forma pauperis* status and upon payment of the remainder of the full $405.00 filing fee. Docket No. 21 at 6. The magistrate judge further recommended that, should Plaintiff pay the remainder of the full filing fee within fifteen (15) days after the date of entry of dismissal, he be allowed to proceed in this lawsuit as though the full fee had been paid from the outset. *Id.*

The report and recommendation was mailed to Plaintiff at the address indicated on the docket, but it was returned as undeliverable with the notation "not here." Docket No. 22. Local Rule CV-11(d) requires that *pro se* litigants must provide the Court with a physical address and are responsible for keeping the Clerk of Court advised in writing of their current physical address.

Because no objections have been received, Plaintiff is barred from *de novo* review by

the district judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *Duarte v. City of Lewisville, Texas*, 858 F.3d 348, 352 (5th Cir. 2017). The Court has reviewed the pleadings in this cause and the report and recommendation of the magistrate judge. After review, the Court has determined that the report and recommendation of the magistrate judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918 (1989) (where no objections to a magistrate judge's report and recommendation are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law"). Accordingly, it is

**ORDERED** that the report and recommendation of the magistrate judge (Docket No. 21) is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** that Plaintiff's *in forma pauperis* status is revoked and the above-styled civil rights lawsuit is **DISMISSED WITH PREJUDICE** as to the refiling of another *in forma pauperis* lawsuit raising the same claims as herein presented, but **DISMISSED WITHOUT PREJUDICE** to the refiling of this lawsuit without seeking *in forma pauperis* status and upon payment of the remainder of the full $405.00 filing fee. Should Plaintiff pay the remainder of the full filing fee within fifteen (15) days after the date of entry of dismissal, Plaintiff shall be allowed to proceed in this lawsuit as though the full fee had been paid from the outset. *See, e.g., Grayer v. Couey*, 839 F.App'x 925, 926 (5th Cir. 2021) (dismissing appeal as barred by § 1915(g) and giving the appellant 15 days in which to pay the full appellate filing fee if he wished to reinstate the appeal).

**So ORDERED and SIGNED this 11th day of September, 2026.**

Robert W Schroeder III

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE